**312**

Pamela Roberts HOLTZCLAW, Appellant,

v.

William Sanders HOLTZCLAW, Appellee.

Court of Appeals of Kentucky.

March 1, 1974.

Rehearing Denied April 26, 1974.

A. Jack May, Danville, for appellant.

Cabell D. Francis, Stanford, for appellee.

Memorandum Opinion of the Court by Justice STEINFELD, Affirming.*

Hubert Lee HARRISON

v.

COMMONWEALTH of Kentucky.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied April 26, 1974.

Don H. Major, Mulhall, Major & Turner, Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Deputy Atty. Gen., Robert L. Chenoweth, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice REED, Affirming.*

John A. CARDIN, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied April 26, 1974.

Frank E. Haddad, Jr., Louisville, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kinberlin III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Affirming.*

Rosemary NOLAN, Appellant,

v.

John F. NOLAN, Appellee.

Court of Appeals of Kentucky.

Feb. 15, 1974.

Rehearing Denied April 26, 1974.

Larry C. West, Ware, Bryson, Nolan, West & Hiltz, Covington, for appellant.

John R. S. Brooking, Adams, Brooking, Stepner & Mitchell, Covington, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

* Opinion ordered not to be published.